JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| PATRICK BRADFORD, ) | Case No. EDCV 09-01334-CJC (MLG) |
|     Petitioner, ) | JUDGMENT |
|     v. ) | |
| BEN CURRY, Warden, ) | |
|     Respondent. ) | |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: July 28, 2009_____

_____
Cormac J. Carney
United States District Judge